1 | **DAVID M.C. PETERSON**
California Bar No. 254498
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone:   (619) 234-8467
4 | Facsimile:    (619) 687-2666
Email:         David_Peterson@fd.org

6 | Attorneys for Defendant

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE M. JAN M. ADLER)**

| UNITED STATES OF AMERICA, | ) CASE NO. 08MJ1222 |
|---|---|
| Plaintiff, | ) |
| v. | ) |
|  | ) **NOTICE OF APPEARANCE** |
| JULIO ALBERTO LOPEZ, | ) |
| Defendant. | ) |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: April 25, 2008         */s/ DAVID M. C. PETERSON*
                              DAVID M.C. PETERSON
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Defendant
                              David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

    Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 25, 2008             /s/ *DAVID M. C. PETERSON*
                                         DAVID M.C. PETERSON
                                           Federal Defenders of San Diego, Inc.
                                           225 Broadway, Suite 900
                                           San Diego, CA  92101-5030
                                           (619) 234-8467  (tel)
                                           (619) 687-2666  (fax)
                                           David_Peterson@fd.org (email)